UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK LOUIS TANZER,

    Defendant.

Case No. 3:24-cr-107

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 48); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNTS 2, 3, AND 4 OF THE INDICTMENT; AND (3) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

    This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 48), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court **ACCEPTS** Defendant's plea of guilty as charged in Counts 2, 3, and 4 of the Indictment, which charges him with making materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States in violation of Title 18 U.S.C. § 1001(a)(2).

    The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

  September 25, 2025                                  s/Michael J. Newman
                                                                              Hon. Michael J. Newman
                                                                              United States District Judge